IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN W. MAYBERG, et al.,<br><br>    Defendants.<br>_____/ | 1:09-cv-01890-DLB (PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 3) |

    Plaintiff is a civil detainee proceeding pro se in this civil action. On October 28, 2009, Plaintiff filed a motion seeking leave to proceed in forma pauperis. 28 U.S.C. § 1915(a)(1); <u>Page v. Torrey</u>, 201 F.3d 1136, 1140 (9th Cir. 2000) (in forma pauperis statute provisions relating to prisoners do not apply to civil detainees because they are not prisoners within the meaning of the Prison Litigation Reform Act).

    Plaintiff has made the requisite showing, and his motion to proceed in forma pauperis is HEREBY GRANTED.

    IT IS SO ORDERED.

    Dated:   **November 2, 2009**            **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE