# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN, | CASE NO. 1:09-cv-01890 DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| STEPHEN W. MAYBERG, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Lawtis Donald Rhoden ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  It is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    STEPHEN MAYBERG

    CYNTHIA RADAVSKY

    PAM AHLIN

2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed October 28, 2009

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

        b.        One completed USM-285 form for each defendant listed above; and

        c.        Four (4) copies of the endorsed complaint filed October 28, 2009.

4.    Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **November 2, 2009**                   **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE