# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN W. MAYBERG, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:09-cv-01890-DLB PC<br><br>ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br><br>(Docs. 16, 17)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS<br><br>(Doc. 12)<br><br>45-DAY EXTENSION |

Plaintiff Lawtis Donald Rhoden ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Stephen W. Mayberg, Cynthia Radavsky, and Pam Ahlin for violation of the Fourteenth Amendment. On March 8, 2010, Plaintiff filed an amended complaint and a request for judicial notice of documents. The Court construes this as a motion to amend his complaint. Motions to amend pleadings in this instance are governed by Rule 15(a). Plaintiff has not amended his complaint previously. Plaintiff does not add new defendants, but rather additional claims and allegations that are relevant to the action. Accordingly, the Court HEREBY GRANTS Plaintiff leave to file an amended complaint. Plaintiff has served his amended complaint on Defendants' counsel.

1

1   On March 5, 2010, Defendants filed a request for extension of time to respond to
2   Plaintiff's complaint. Defendants request an additional 45 days in which to file a response.
3   Because Plaintiff has been granted leave to file an amended complaint, Defendants are to respond
4   to Plaintiff's amended complaint, filed March 8, 2010. Accordingly, the Court HEREBY
5   GRANTS Defendants an additional 45 days from the date of service of this order in which to file
6   a response to Plaintiff's amended complaint.
7   IT IS SO ORDERED.
8   **Dated:  March 16, 2010**            /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE