# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN W. MAYBERG, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01890-DLB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION WITHIN FIFTEEN DAYS<br><br>(Doc. 15) |

Plaintiff Lawtis Donald Rhoden ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Stephen W. Mayberg, Cynthia Radavsky, and Pam Ahlin. Pending before the Court is Plaintiff's amended motion for a TRO or preliminary injunction.[1]

Plaintiff contends that he received a February 25, 2010 Memorandum regarding the confiscation of laptop computers as contraband, without affording Plaintiff a due process hearing to contest the confiscation. Plaintiff contends that this confiscation will occur no later than May 30, 2010. Defendants have not yet responded to Plaintiff's motion.

Accordingly, the Court HEREBY ORDERS that Defendants are to file a response to Plaintiff's amended motion for preliminary injunction within **fifteen (15) days** from the date of service of this order.

IT IS SO ORDERED.

　　Dated:　__March 24, 2010__　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court grants Plaintiff's motion for leave to file an amended preliminary injunction motion.

1